IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SMITH,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SHERIFF GREGORY AHERN,<br><br>　　　　Respondent. | No. C 12-2011 LHK (PR)<br><br>ORDER OF DISMISSAL |

On April 23, 2012, Petitioner, currently incarcerated at Alameda County Jail and proceeding *pro se*, filed a federal writ of habeas corpus and a motion for leave to proceed *in forma pauperis* ("IFP"). That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed IFP application. The Court provided a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee, or file a completed application with supporting documentation within thirty days. To date, Petitioner has not communicated with the Court. As more than thirty days have passed, and Petitioner has not completed an IFP application, or paid the filing fee, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:   6/12/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Smith011disifp.wpd