IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY SMITH, | ) | No. C 12-2011 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| SHERIFF GREGORY AHERN, | ) | |
| Respondent. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/12/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Smith011jud.wpd